IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02558-BNB

CYNTHIA R. PINKEY,
    Plaintiff,

v.

CORRECTIONAL OFFICER SHACKLETON,
ASSOCIATE WARDEN SCOTT HALL, and
EXECUTIVE DIR. ARI ZAVARAS,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 1 2009

GREGORY C. LANGHAM
CLERK

ORDER DISMISSING CASE

Plaintiff Cynthia R. Pinkey is a prisoner in the custody of the Colorado Department of Corrections at the Denver Women's Correctional Facility in Denver, Colorado. Ms. Pinkey initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. In an order filed on October 30, 2009, Magistrate Judge Boyd N. Boland directed Ms. Pinkey to cure certain deficiencies if she wished to pursue her claims in this action. On December 2, 2009, Ms. Pinkey filed a "Motion to Dismiss" asking the Court to dismiss this action.

The Court must construe the "Motion to Dismiss" liberally because Ms. Pinkey is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the "Motion to Dismiss" as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Ms. Pinkey "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the "Motion to Dismiss" filed on December 2, 2009, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). It is

FURTHER ORDERED that the voluntary dismissal is effective as of December 2, 2009, the date the notice was filed in this action. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed on October 26, 2009, is denied as moot.

DATED at Denver, Colorado, this 11 day of Dec. , 2009.

BY THE COURT:

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02558-BNB

Cynthia R. Pinkey
Prisoner No. 89688
Denver Women's Corr. Facility
PO Box 392005
Denver, CO   80239

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on **12/11/09**

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk